UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZHAN CAO, ZHANPENG CAO, LI PING CAO, and
ASIAN EXPANDERE, INC.,

                    Plaintiffs,                                **MEMORANDUM AND ORDER**

           - against -                                   15-CV-2607 (RRM) (SMG)

PROVIDENCE RIDGE ASSOCIATES, LP and
JOHN DOE 1–3,

                    Defendants.
------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

       Plaintiffs, proceeding *pro se*, filed this action on May 6, 2015.  (Compl. (Doc. No. 1).) On May 18, 2015, after learning of pending bankruptcy proceedings, Judge Gleeson granted plaintiffs leave to withdraw the complaint without prejudice to renewal after the close of the bankruptcy proceedings.  (*See* Docket Order of 5/18/2015.)  Since then, plaintiffs have not refiled a complaint or made any other attempt to renew this action.

       On August 7, 2017, Magistrate Judge Gold entered a Report and Recommendation recommending that plaintiffs' case be dismissed for failure to prosecute because plaintiffs failed to respond to an order directing them to file a status report.  (Doc. No. 6.)  Two weeks later, on August 21, 2017, Plaintiffs filed a letter stating they would be refiling a complaint in this case pending the resolution of the bankruptcy matter.  (Doc. No. 7.)  Based on that representation, the Court found the Report and Recommendation to be moot.  (*See* Docket Order of 8/28/2017.)

       Plaintiffs' August 21, 2017, letter was their last communication with the Court.  Since then, plaintiffs have failed to comply with two status report orders issued by this Court on May 20, 2019, and July 9, 2019, respectively.  On July 9, 2019, the Court ordered plaintiffs to "file an updated status report indicating the progress of their bankruptcy proceedings and whether they

still intend to refile the complaint in this action." (Docket Order of 7/9/2019.) Plaintiffs were warned at that time that "failure to timely comply with this Order will result in dismissal for failure to prosecute." (*Id.*)

Plaintiffs have not complied with the July 9, 2019, Order. Accordingly, plaintiffs' action is dismissed for failure to prosecute. The Clerk of Court is directed to mail a copy of this Order and the attached judgment to the *pro se* plaintiffs, to note the mailing on the docket, and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
September 30, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge