UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZHAN CAO, ZHANPENG CAO, LI PING CAO, and
ASIAN EXPANDERE, INC.,

        Plaintiffs,

  - against -

PROVIDENCE RIDGE ASSOCIATES, LP and
JOHN DOE 1–3,

        Defendants.
-----------------------------------------------------------------X

**JUDGMENT**
15-CV-2607 (RRM) (SMG)

ROSLYNN R. MAUSKOPF, United States District Judge.

A Memorandum and Order of the undersigned having been issued this day directing dismissal for failure to prosecute, it is hereby:

ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed.

SO ORDERED.

Dated: Brooklyn, New York
      September 30, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge